UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: )  BK No.: 15-18704
Scott Rehfeldt )
)  Chapter: 13
)
)  Honorable Janet S. Baer
)
)  Kane
Debtor(s) )

## ORDER MODIFYING PLAN

THIS MATTER coming to be heard on the Motion of the Debtor to Modify the Plan, due notice having been given, and the Court being fully advised of the matter,

IT IS HEREBY ORDERED THAT:

1. Paragraph E.5 is amended to remove the payments to Bank of America NA, which is serviced by Carrington Mortgage Services for pre-petition arrears, and

2. The Bankruptcy Trustee is not responsible for retrieving any funds sent to Bank of America NA, which is serviced by Carrington Mortgage Services.

Enter:  /s/ Janet S. Baer

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: July 21, 2017

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s)
Cutler & Associates, Ltd.
4131 Main St. Skokie, IL 60076
Phone: (847) 673-8600