Fill in this information to identify your case

Debtor 1: Scott M Rehfeldt

Debtor 2: _____

United States Bankruptcy Court for the: Northern District of Illinois

Case number: 15-18704

☑ Check if this is an amended filing

## Official Form 106Dec
## Declaration About an Individual Debtor's Schedules          12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☐ No
☐ Yes. Name of person _____. Attach Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Scott Rehfeldt                X _____
Signature of Debtor 1                Signature of Debtor 2

Date 1/31/2019                       Date _____

Official Form 106Dec          Declaration About an Individual Debtor's Schedules