UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 15-18704
Scott M Rehfeldt  )
 )  Chapter: 13
 )  Honorable Janet S. Baer
 )
 )  Kane
Debtor(s)  )

## ORDER MODIFYING THE PLAN POST-CONFIRMATION

THIS MATTER coming to be heard on the DEBTOR'S MOTION TO MODIFY, the Court having jurisdiction, with due notice having been given to all parties in interest:

IT IS HEREBY ORDERED THAT:

1. The Debtor's plan is modified post-confirmation to increase the plan payment to $893 a month commencing with the March 2019 plan payment, and

2. The new plan base is $22,030.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: March 15, 2019

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600